IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**JAMES KEEL**            **PETITIONER**

v.            No. 3:21-cv-00226-GHD-JMV

**MISSISSIPPI DEPT. OF CORRECTIONS, ET AL**            **RESPONDENTS**

**ORDER**

James Keel has submitted a document that the court construes as a petition for a writ of *habeas corpus* under 28 U.S.C. § 2241. The petitioner has not, however, used the court's standard form for such petitions. The court uses these forms for the expeditious administration of *habeas corpus* petitions. As such, the petitioner must complete and return the enclosed form within 21 days. Failure to do so may lead to the dismissal of this case without prejudice.

**SO ORDERED**, this, the 27th day of October, 2021.

                                       /s/ Jane M. Virden
                                       UNITED STATES MAGISTRATE JUDGE