IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**JAMES KEEL**                                                                                    **PETITIONER**

v.                                                                                            **No. 3:21CV226-GHD-JMV**

**MISSISSIPPI DEPARTMENT
OF CORRECTIONS, ET AL.**                                                        **RESPONDENTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the instant petition for a writ of *habeas corpus* is **DISMISSED** with prejudice for want of substantive merit and as procedurally defaulted. In addition, the petitioner's request for an evidentiary hearing is **DENIED**.

**SO ORDERED**, this, the 25th day of May, 2022.

                                                                                      /s/ Glen H. Davidson
                                                                                      SENIOR JUDGE